UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

*In re* Ex Parte Application of

CHAPTER 4 CORP., d/b/a SUPREME NEW YORK

Applicant,

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Moniker Online Services, LLC for Use in Foreign Proceedings.

---

Case No. 19mc24119-JLk

## [~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION OF CHAPTER 4 CORP. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM MONIKER ONLINE SERVICES, LLC FOR USE IN FOREIGN PROCEEDINGS.

IT IS ORDERED that Chapter 4 Corp.'s Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings is GRANTED.

Chapter 4 Corp. shall be granted leave to seek discovery from Moniker Online Services, LLC for use in the foreign proceedings described in Chapter 4 Corp.'s Ex Parte Application by servicing Moniker Online Services with a Subpoena substantially similar in form to the one submitted with Chapter 4 Corp.'s Application; and the subpoena may require a response to be submitted by Moniker Online Services within 14 days of this Order.

**IT IS SO ORDERED**

DONE AND ORDERED this 8 day of Oct, 2019

United States District Court Judge

Copies furnished: All counsel of record

13